IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY A. HARRIS,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 19-0856-KD-B |
| **WARDEN HETRICK, et al.,** | ) |
| Defendants. | ) |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 6, 2020 (doc. 16) is ADOPTED as the opinion of this Court.

Accordingly, this action is DISMISSED without prejudice for failure to prosecute and to obey the Court's Order.[1]

Done this the 29th day of May 2020.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Harris was twice warned that failure to notify the Court of any change in address would result in dismissal of this action for failure to prosecute and to obey the Court's order (doc. 5, p. 12; doc. 14, p. 2). The Report and Recommendation was mailed to his last known address. The mail was returned as undeliverable (doc. 17). Harris has not provided the Court with a current address and therefore, has failed to comply with the Court's orders.